**Order filed June 26, 2014.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-14-00234-CV

_____

**HARDRIDERS MOTORCYCLE CLUB ASSOCIATION, HARDRIDERS MOTORCYCLE CLUB FORT BEND COUNTY CHAPTER, HARDRIDERS CLUB GALVESTON COUNTY CHAPTER, HARDRIDERS CLUB LAFAYETTE CHAPTER, HARDRIDERS MOTORCYCLE CLUB BEAUMONT CHAPTER AND EFREM SEWELL, ET AL, Appellants**

**V.**

**HARDRIDERS, INC., WAVERLY NOLLEY AND SHANNON MAYFIELD, Appellees**

**On Appeal from the 151st District Court
Harris County, Texas
Trial Court Cause No. 2011-37278**

**ORDER**

The reporter's record in this case was originally due April 25, 2014. *See* Tex. R. App. P. 35.1. On June 3, 2014, this court granted the court reporter's

request for extension of time to file the record until June 23, 2014.  On June 2, 32014, the court reporter filed a second request for extension of time to file her portion of the record, until July 22, 2014.  The court **GRANTS** the request and issues the following order.

We order Carolyn Coronado, the court reporter, to file the record in this appeal **on or before July 22, 2014.  No further extension will be entertained absent exceptional circumstances**.  The trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed.  *See* Tex. R. App. P. 35.3(c).  If Carolyn Coronado does not timely file her portion of the the record as ordered, the Court may issue an order directing the trial court to conduct a hearing to determine the reason for the failure to file the record.

PER CURIAM